NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


OMAR M. MARRERO,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )          Case No.  2D18-1742
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____ )

Opinion filed August 23, 2019.

Appeal from the Circuit Court for Polk
County; Keith Spoto and Mark F. Carpanini,
Judges.

Howard L. Dimmig, II, Public Defender,
and Stephen M. Grogoza, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.


SILBERMAN, VILLANTI, and SLEET, JJ., Concur.